IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOHNNY ROBINSON                                                                                       PLAINTIFF

        v.                                  Civil No. 08- 2057

VENA CUPP;
JEFF MARVIN;
ISREAL BURGOS;
LANGLEY;
ALLISON                                                                                                DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

On June 1, 2009, this Court entered an Order directing Plaintiff to complete, sign, and return a response to the Defendants Motion for Summary Judgment (Doc. 13) on or before July 1, 2009. The deadline for return has passed, and the response has not been filed with the Court. Additionally, no mail has been returned to the Court as undeliverable.

Accordingly, it is recommended that Plaintiffs case be dismissed for failure to obey a Court Order and/or failure to prosecute.

**The parties have ten (10) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of July, 2009.

                                            /s/ *J. Marschewski*
                                            HONORABLE JAMES R. MARSCHEWSKI
                                            UNITED STATES MAGISTRATE JUDGE