```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

JOHNNY ROBINSON                                              PLAINTIFF

    V.                    Civil No. 08-2057

VENA CUPP; JEFF MARVIN;
ISREAL BURGOS; MATTHEW
LANGLEY and KEAN ALLISSON                                    DEFENDANTS

## O R D E R

On this 6th day of August 2009, there comes on for consideration the report and recommendation filed in this case on July 16, 2009, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 17). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and to obey the orders of this Court. *See* Fed. R. Civ. P. 41(b). Further, Defendants' Motion to Withdraw and Substitute Counsel (Doc. 18) is GRANTED, and C. Burt Newell is substituted for Jacob M. Hargraves as counsel for Defendants.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge